FILED'06 MAY 16 10:42 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| JERRY GARDNER, | Civil No. 05-691-CO |
|---|---|
| Plaintiff, | |
| vs. | ORDER FOR EAJA FEES |
| JO ANNE B. BARNHART, Commissioner of Social Security Defendant | |

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4,430.00 pursuant o 28 U.S.C. § 2412 shall be awarded to Plaintiff, with the check to be mailed to Plaintiff's counsel.

DATED this __15__ day of __May__, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Richard M. Rodriguez
RICHARD M. RODRIGUEZ
Special Assistant United States Attorney
(206) 615-3748
Of Attorneys for Defendant

Page 1     ORDER - [05-691-CO]